# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:14CR285 |
| vs. | ) | ORDER |
| TAMMY KNIGHT, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Tammy Knight (Knight) to review detention (Filing No. 61). The motion seeks to place Knight at Williams Prepared Place as a homeless person. Knight is "homeless" because she is incarcerated for violating previous orders of release. The motion is denied.

**IT IS SO ORDERED.**

DATED this 6th day of March, 2015.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge