IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TAMMY KNIGHT,<br><br>        Defendant. | **8:14CR285**<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Disposition on Defendant's Pending Petition (filing 160) is granted.

2. Defendant Tammy Knight's violation of supervised release hearing is continued to March 25, 2021, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 14th day of December, 2020.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge