IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:14CR285 |
| vs. | |
| TAMMY KNIGHT, | ORDER |
| Defendant. | |

The defendant appeared before the Court on June 17, 2022 regarding Restricted Motion to Reconsider Detention [191]. Kelly M. Steenbock represented the defendant. Kimberly C. Bunjer represented the government.

The Court, being fully advised in the premises, and the motion being unopposed, finds that the Restricted Motion to Reconsider Detention [191] should be granted. The defendant shall be released on the current terms and conditions of supervision, which also include the Defendant reporting and residing at the Bridge Transitional Therapeutic Community in Hastings, Nebraska. Defendant shall be to be transported by the United States Marshals from Douglas County Corrections to the Roman Hruska Courthouse on June 22, 2022 by 9:00 a.m. to be released after processing to her son, Matthew McBride, who shall directly transport the defendant to the Bridge Transitional Therapeutic Community in Hastings, Nebraska.

Dated this 16th day of June, 2022.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge